UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Donald B. Alter,

           Plaintiff,

vs.                               ORDER ADOPTING THE
                                      REPORT AND RECOMMENDATION

Michael J. Astrue,
Commissioner of Social Security,

           Defendant.            Civ. No. 09-3228 (ADM/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

      1.     That the Clerk of Court shall not issue a Summons, nor deliver process to the United States Marshal for service upon the Defendant, until so directed by further Order of the Court.

      2.     That the Plaintiff's application for <u>in forma pauperis</u> status [Docket No. 2] is denied.

                                                        s/Ann D. Montgomery
                                                        Ann D. Montgomery, Judge
                                                        United States District Court

DATED: December 18, 2009
At Minneapolis, Minnesota